UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CALVIN LYNN

          Petitioner,

  v.

SHERRI GRECCO, SACRAMENTO COUNTY DISTRICT ATTORNEY,

          Respondent.
                                            /

No. C 15-0687 PJH (PR)

**ORDER OF TRANSFER**

Petitioner, a state prisoner, has filed a pro se petition for a writ of mandate. He seeks an order to obtain counsel to acquire DNA evidence to help prove his innocence in a criminal case. Plaintiff is incarcerated in Stockton, CA which is located within the venue of the United States District Court for the Eastern District of California, where the respondent in this case resides. His underlying conviction occurred in Sacramento County which also lies in the Eastern District.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither.[1] Therefore, this petition is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: March 24, 2015.

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\HC.15\Lynn0687.trn.wpd

---

[1] This case should be transferred to the Eastern District even if it were to be construed as a civil rights action.