UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN S. LYNN, | No. 2:15-cv-0669 WBS GGH P |
| Petitioner, | |
| v. | ORDER |
| SHERRI GRECCO, | |
| Respondent. | |

This petition for writ of habeas corpus was dismissed on August 13, 2015 and judgment entered accordingly. Petitioner's filing, entitled request for evidentiary hearing, filed on September 14, 2016, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: September 28, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

/mp
lynn0669.158